# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

THUY NGUYEN,

    Petitioner,

v.

JEFFERSON SESSIONS, et al.,

    Respondents.

Case No. C17-0926-JCC-MAT

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. (Dkt. 6.) Having considered petitioner's request, his financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1) The Court is in receipt of a letter from the Office of the Federal Public Defender indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated that he is financially eligible for such appointment. *See id.* Accordingly, petitioner's request for appointment of counsel (Dkt. 6) is GRANTED. The Court appoints Corey Endo and the Office of the Federal Public Defender to represent petitioner in these

1 proceedings.

2     (2) The Clerk shall send copies of this Order to petitioner, to the Federal Public
3 Defender, to counsel for respondents, and to the Honorable John C. Coughenour.

4     Dated this 28th day of June, 2017.

*(signature)*

Mary Alice Theiler
United States Magistrate Judge