# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THUY NGUYEN, | CASE NO. C17-926-JCC-MAT |
| Petitioner, | MINUTE ORDER |
| v. | |
| JEFFERSON SESSIONS, *et al.*, | |
| Respondents. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Respondents' motion to dismiss Petitioner's petition for writ of habeas corpus as moot (Dkt. No. 10). Petitioner filed a response, stating that since he has been released from custody, he has no objection to Respondents' motion to dismiss. (Dkt. No. 11.) Accordingly, Respondents' motion to dismiss (Dkt. No. 10) is GRANTED. Petitioner's petition for writ of habeas corpus (Dkt. No. 1-1) is DISMISSED AS MOOT.

DATED this 3rd day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk